COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 

 

 




 
 
  
 ROBERT F.
 NAYLOR, III,
  
                             Appellant,
  
 v.
  
 RAUL MIJARES,
 SR., AND 
 RUBY
 MIJARES,
  
                             Appellees.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00393-CV
  
 Appeal from the
  
 County Court at Law
 Number 3
  
 of El Paso County, Texas
  
 (TC# 2000-3028)
 
 




 

 

O P I N I O N

 

Pending before the Court is the joint
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1), which states:

(a) The appellate court may dispose of an appeal as
follows:

 

(1)       in accordance with an agreement
signed by all parties or their attorneys and filed with the clerk; 

 

.              
.               .

 

 








The parties have complied with the
requirements of Rule 42.1(a)(1).  The Court has considered this cause on the joint  motion and
concludes the motion should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

October 3, 2002        

 

RICHARD BARAJAS, Chief Justice

 

 

Before
Panel No. 4

Barajas,
C.J., Larsen, and McClure, JJ.

 

(Do
Not Publish)